THE CITY OF KANSAS CITY *et al.* v. W. S. BOYLAN *et al.*

No. 15,080. (88 Pac. 1134.)

Error from Wyandotte district court; J. MCCABE MOORE, judge. Opinion filed December 10, 1906. Reversed.

*Edwin S. McAnany,* city counselor, *Ralph Nelson,* city attorney, *J. W. Dana,* and *T. A. Pollock,* for plaintiffs in error.

*Hutchings & Keplinger,* for defendants in error.

*Per Curiam:* This case is reversed upon the authority of *Kansas City v. Silver, ante,* p. 851, and cases there cited.